Michael W. Flanigan
FLANIGAN & BATAILLE
1007 W. 3rd Ave., Ste. 206
Anchorage, Alaska, 99501
Telephone: (907)-279-9999
Facsimile: (907) 258-3804
E-Mail: mflanigan@farnorthlaw.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| SUSAN SCHAPIRA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| HCA, INC. LONG TERM DISABILITY PLAN; PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) Case No. 3:16-cv-   [   ]  _____ |
| Defendants, | ) |

# **COMPLAINT**

Comes now the Plaintiff, Susan Schapira, by and through counsel, and for her Complaint against the Defendants, states and alleges as follows:

1. This is an action to enforce the terms of an ERISA plan under ERISA 502(a)(1)(B) and for other equitable relief, as is required to obtain such benefits under 29 USC 1132(a)(1 & 3) and (d)(2). This Court has subject jurisdiction over the matter pursuant to 29 USC 1001-1461(ERISA) and 28 USC 1331; and personal jurisdiction pursuant to 29 USC 1132(e)(2).

2. Susan Schapira was at all times applicable to this complaint, and remains, a resident of Alaska.

*Flanigan
&
Bataille*

*1007 W. 3rd Ave.
Suite 206
Anchorage, AK
99501*

*Telephone
(907) 279-9999*

*Facsimile
(907) 258-3804*

3. HCA, Inc. is a foreign corporation that owns and operates hospitals through the United States as a holding company of various subsidiaries, including Galen Hospital Inc, which owns and operated the Alaska Regional Hospital in Anchorage, Alaska.

4. Defendant, HCA, INC. (hereinafter HCA) is the sponsor and administrator of the HCA INC. Long Term Disability (LTD) Plan, which is an employee benefits Plan intended to benefit employees of its subsidiaries, including those working at Alaska Regional Hospital, by providing Long Term Disability (LTD) Benefits, and is governed by 29 USC 1001-1461 (ERISA).

5. HCA determines eligibility for the employee benefit plans as the Plan Administrator and pays premiums for insurance policies that provide the employee benefits.

6. The LTD benefits under the Plan are provided by way of a Long Term Disability (LTD) Policy issued by Prudential Insurance Company of America, (hereinafter PICA) who is also the LTD Claims Administrator.

7. PICA is a foreign corporation that provides insurance contracts to businesses throughout the United States, including Alaska.

8. PICA as the LTD claims administrator, determines whether benefits are paid under the LTD Plan.

*Flanigan & Bataille*

*1007 W. 3rd Ave. Suite 206 Anchorage, AK 99501*

*Telephone (907) 279-9999*

*Facsimile (907) 258-3804*

9. PICA has an inherent conflict of interest in its role as LTD claims administrator, since any claims it approves are paid for out of PICA'S accounts.

10. Susan Schapira is a 64 year old, who formerly worked as a nurse case manager for HCA, Inc. at Alaska Regional Hospital for 12 years before coming becoming disabled on February 22, 2013. Prior to her disability, she was earning a monthly income of $8,812.

11. Susan Schapira became disabled after a life time of hard work and increasing pain due to lumbar spondylosis at L4-S1, with radiating pain, numbness and tingling from in her hips, buttocks, upper thighs, calf, ankle and foot.

12. After Schapira tried conservative treatment, physical therapy, steroid injections and finally three spinal operations and still had continuing painful symptoms she became disabled and left work and applied for LTD benefits.

13. PICA approved LTD benefits for Schapira under the "own occupation" definition of disability, which was in effect for the first 24 months of disability from 7/23/13 to 7/22/15.

14. Thereafter, PICA denied LTD benefits to Schapira, claiming she was not disabled under the "any occupation" definition of disability, which applied to LTD claims under the LTD Plan after the first 24 months of disability.

*Flanigan & Bataille*

*1007 W. 3rd Ave.
Suite 206
Anchorage, AK 99501*

*Telephone
(907) 279-9999*

*Facsimile
(907) 258-3804*

15. PICA's decision to deny LTD benefits to Schapira was not supported by the evidence in the claims file and was an abuse of discretion on the part of PICA.

16. Schapira timely filed an administrative appeal of that denial, which in turn was denied by PICA despite medical and vocational evidence in the claims file that Schapira was disabled under the terms of the HCA LTD Plan.

17. The denial of Schapira's appeal was a not supported by the evidence in the claims file and was an abuse of discretion on the part of PICA.

18. After her administrative appeal was denied, Schapira timely filed his suit.

19. Schapira has exhausted her administrative remedies and has met all other prerequisites for the filing of this suit.

WHEREFORE Plaintiff prays for an order and judgment in favor of the Plaintiff and against the Defendants as follows:

1. A decision establishing the applicable standard of review that applies to the court's review of PICA's denial of LTD benefits in this case.
2. A decision that Plaintiff is entitled to LTD benefits under the LTD Plan.
3. An award of past LTD benefits to the Plaintiff in an amount to be determined by the Court, plus continuing LTD benefits under the LTD Plan.

*Flanigan & Bataille*

*1007 W. 3rd Ave. Suite 206 Anchorage, AK 99501*

*Telephone (907) 279-9999*

*Facsimile (907) 258-3804*
*Flanigan & Bataille*

*1007 W. 3rd Ave. Suite 206 Anchorage, AK 99501*

*Telephone (907) 279-9999*

*Facsimile (907) 258-3804*

4. An Order requiring HCA, Inc. to re-establish Plaintiff's eligibility under any other HCA Inc. benefit plans that continue for employees who are considered to be disabled under the LTD Plan, retroactive to 8/15/15.

5. Injunctive Relief under 29 USC 1132(a)(1 & 3) and (d)(2), requiring such action that is necessarily required to assure payment of the past due and owing LTD benefits to Plaintiff; continuation of LTD benefits into the future so long as Plaintiff is disabled under the terms of the LTD Plan; reinstatement of Plaintiff's eligibility for other benefits paid to LTD benefits recipients.

6. Costs, Interest and Attorneys fees and other equitable relief as the court deems just.

DATED THIS 21st DAY OF NOVEMBER, 2016.

FLANIGAN & BATAILLE
ATTORNEYS FOR PLAINTIFF

/s/ Michael W. Flanigan
1007 W. 3rd Ave., Ste 206
Anchorage, Alaska, 99517-1014
(907) 279-9999 Phone
(907) 258-3804 Fax
E-Mail: mflanigan@farnorthlaw.com
Alaska Bar No. #7710114

*Flanigan & Bataille*

*1007 W. 3rd Ave.
Suite 206
Anchorage, AK 99501*

*Telephone
(907) 279-9999*

*Facsimile
(907) 258-3804*