Michael W. Flanigan
FLANIGAN & BATAILLE
1007 W. 3rd Ave., Ste. 206
Anchorage, Alaska, 99501
Telephone: (907)-279-9999
Facsimile: (907) 258-3804
E-Mail: mflanigan@farnorthlaw.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| SUSAN SCHAPIRA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HCA, INC. LONG TERM DISABILITY ) <br> PLAN; PRUDENTIAL INSURANCE ) <br> COMPANY OF AMERICA, ) <br> _____ ) | Case No. 3:16-cv-0271 [HRH] <br><br> **STIPULATED JUDGMENT** |

This matter having come before the Court by way of the Plaintiff's appeal of the denial of disability benefits by the Defendants under the terms of an ERISA Disability Plan, the Court having granted Plaintiff's cross-motion for summary judgment and denied Defendants' cross-motion for summary judgment,

IT IS HEREBY ORDERED ADJUGED AND DECREED, that the Plaintiff shall have a judgment against the Defendants in the amount of $61,275.63, plus prejudgment interest in the amount of $1,363.65, attorneys' fees of $33,478.14, costs of $521.86, for a total Judgment of $96,639.28, plus post judgment interest pursuant to 28 USC 1961, on any unpaid balance until fully satisfied.

DATED THIS _____DAY OF _____, 2018.

_____
The Honorable H. Russell Holland
UNITED STATES DISTRICT JUDGE

*Flanigan & Bataille*

*1007 W. 3rd Ave.
Suite 206
Anchorage, AK
99501*

*Telephone
(907) 279-9999*

*Facsimile
(907) 258-3804*

Respectfully Submitted,

DATED: February 9, 2018      LANE POWELL LLC,

By: /s/Peter C. Partnow
    Peter C. Partnow
    LANE POWELL LLC
    301 W. Northern Lights Blvd., Suite 301
    Anchorage, AK 99503-2648
    Telephone: 907-264-3317
    Facsimile: 907-276-2631

*Attorneys for Defendants*
*HCA, INC. LONG TERM DISABILITY PLAN and*
*PRUDENTIAL INSURANCE COMPANY OF*
*AMERICA*

DATED: February 9. 2018      FLANIGAN & BATAILLE,

By: /s/Michael W. Flanigan
    Michael W. Flanigan
    FLANIGAN & BATAILLE
    1007 W. 3rd Ave., Suite 206
    Anchorage, Alaska 99517-1014
    Phone : (907) 279-9999
    Fax : (907) 258-3804
    Email : mflanigan@farnorthlaw.com

*Attorneys for PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that the aforegoing pleading
was served by way of the Court's ECM system
on the 9th day of February, 2018 on the following attorneys

Peter Partnow
James Goodfellow
Amanda Sonneborn


/s/ Michael Flanigan

*Flanigan & Bataille*

*1007 W. 3rd Ave.*
*Suite 206*
*Anchorage, AK 99501*

*Telephone (907) 279-9999*

*Facsimile (907) 258-3804*

Stipulated Judgment
*Schapira v. HCA, Inc. LTD Plan et al, Case No. 3:16-cv-0271 (HRH)*
Page 2

Case 3:16-cv-00271-HRH   Document 51   Filed 02/09/18   Page 2 of 2