IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SUSAN SCHAPIRA,<br><br>               Plaintiff,<br><br>  vs.<br><br>HCA, INC. LONG TERM DISABILITY,<br>PLAN, et al.,<br><br>              Defendants. | No. 3:16-cv-0271-HRH |

STIPULATED JUDGMENT

Pursuant to the parties' stipulated judgment,[1] filed February 9, 2018,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff shall have a judgment against the defendants in the amount of $61,275.63, plus prejudgment interest in the amount of $1,363.65, attorney fees of $33,478.14, and costs of $521.86, for a total judgment of $96,639.28, plus post-judgment interest pursuant to 28 U.S.C. § 1961 (2.02% per annum from the date of judgment), on any unpaid balance until fully satisfied.

DATED at Anchorage, Alaska, this  1st  day of March, 2018.

                                              /s/ H. Russel Holland
                                              United States District Judge

---

[1] Docket No. 51.

Stipulated Judgment          - 1 -